452 A.2d 46

Commonwealth v. Ferry, Appellant.

Submitted January 13, 1982. Kurt S. Rishor, for appellant; John H. Brydon, District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.